IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

IC MARKETING, INC.,

    Plaintiff,

vs.

OUTDOOR EMPIRE PUBLISHING, INC.,

    Defendant.

Civil No. 03-3070-CO
O R D E R

AIKEN, Judge:

Magistrate Judge Cooney filed his Findings and Recommendation on March 3, 2005. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When a party objects to any portion of the Magistrate's Findings and Recommendation, the district court must make a <u>de novo</u> determination of that portion of the Magistrate's report. 28 U.S.C. § 636(b)(1)(B); <u>McDonnell Douglas Corp. v. Commodore Business Machines</u>, 656 F.2d 1309, 1313 (9th Cir. 1981), <u>cert. denied</u>, 455 U.S. 920 (1982).

Plaintiff has timely filed objections. I have, therefore, given the file of this case a <u>de novo</u> review. I ADOPT the Magistrate's Findings and Recommendation (doc. 58) granting defendant's motions to strike (doc. 38, 41); and granting

1 - ORDER

defendant's summary judgment motion (doc. 21). This case is dismissed.

IT IS SO ORDERED.

Dated this 22 day of April 2005.

*Ann Aiken*
Ann Aiken
United States District Judge

2 - ORDER